1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-T780)
   Assistant United States Attorney
3  Chief, Tax Division
   BLAKE D. STAMM (CTBN 301887)
4  Assistant United States Attorney
     9th Floor Federal Building
5    450 Golden Gate Avenue, Box 36055
     San Francisco, CA 94102
6    Telephone:  (415) 436-7063
     Fax:        (415) 436-6748
7
   Attorneys for the United States of America



IT IS SO ORDERED
/s/ James Ware
Judge James Ware

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. 09-01962-JW |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE |
| ) | CASE MANAGEMENT CONFERENCE |
| v. ) | AND ~~PROPOSED~~ ORDER |
| ) | |
| STEVEN J AND SUZANNE L. LORENTE ) | |
| ) | |
| Defendants ) | |

   A Case Management Conference in the above-captioned matter is currently set for September 14, 2009 and a Case Management Conference Statement is due by September 4, 2009. Counsel for defendants has travel plans which are in conflict with those dates.  Moreover, the parties have engaged in productive settlement negotiations.

   Accordingly, the parties respectfully request that the Case Management Conference be continued until October 19, 2009 to accommodate Counsel's schedule and to permit further opportunity to resolve this matter.

Stipulation & Proposed Order
09-cv-01962-JW                         -1-

| | |
|---|---|
| | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| Dated: August 24, 2009 | /s<br>BLAKE D. STAMM<br>Assistant United States Attorney<br>Tax Division<br>Attorneys for United States of America |
| Dated: August 24, 2009 | /s<br>BETTY J. WILLIAMS<br>ATTORNEY FOR DEFENDANTS |

In accordance with the parties' stipulation, the Case Management Conference is continued to **October 19, 2009 at 10 a.m.**  The parties shall file a Joint Case Management Statement on or before **October 9, 2009.**

IT IS SO ORDERED.

Dated: September 1, 2009

_____
THE HONORABLE JAMES WARE
United States District Court Judge