1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
   BLAKE D. STAMM (CTBN 301887)
4  Assistant United States Attorney
    10th floor Federal Building
5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6748

7  Attorneys for the United States of America

8              UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11  UNITED STATES OF AMERICA,            )   NO. CV-09-1962-JW
                                         )
12              Plaintiff,               )   **JUDGMENT**
                                         )
13       v.                              )
                                         )
14  STEVEN J. & SUZANNE L. LORENTE,      )
                                         )
15              Defendants.              )
    _____)

16

17                    AGREED JUDGMENT

18       The Court has determined that judgment should be entered consistent with the agreement

19  of the Plaintiff, United States of America, and Defendants, Steven J. and Suzanne L. Lorente,

20  which resolves the United States' Complaint.  Accordingly it is

21       ORDERED that:

22       1.       Defendants, Steven J. and Suzanne L. Lorente, are indebted to the United States

23  for taxes, interest, and statutory additions for the tax years: 1993; 1994; 1995; 1996; 2002; 2003;

24  2004; 2005 and 2007 in the amount of $322,142.73, plus interest and statutory additions

25  according to law, from September 30, 2009, until the judgment is paid.

26       2.       Each party shall be liable for its own costs of litigation and attorneys' fees.

27  The Clerk shall close this file.

28

    Dated:  October 2, 2009

                                    THE HONORABLE JAMES WARE
                                    UNITED STATES DISTRICT JUDGE

1

2  AGREED:

3
    Dated: _9/4/2009_          _Betty J. Williams_
4                              BETTY J. WILLIAMS
5                              Attorney for Defendants

6

7
                             JOSEPH P. RUSSONIELLO
8                            United States Attorney

9
    Dated: _9/8/09_           _____
10                            BLAKE D. STAMM
11                            Assistant United States Attorney
                             Tax Division
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28